In the United States District Court
for the Middle District of Alabama
Southern Division

| | |
|---|---|
| MELISSA S. MEEKS (BAXLEY), | ) |
| | ) |
| Plaintiff, | ) Civil Action: 1:07CV1088 - |
| | ) |
| vs. | ) |
| | ) |
| DALE COUNTY BOARD OF EDUCATION, | ) |
| | ) |
| Defendant. | ) |

Request for Service by
Certified Mail

Please serve the Defendant: DALE COUNTY BOARD OF EDUCATION, 113 REYNOLDS ST., OZARK, AL 36360 by certified mail pursuant to Federal Rules of Civil Procedure 4 ( c ) (2) ( c ) (i).

_____
Signature of Attorney