# United States District Court

__Middle__ DISTRICT OF __Alabama__

Melissa S. Meeks (Baxley)

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 1:07CV1088-CSC

Dale County Board of Education
113 Reynolds St.
Ozark, AL 36360

TO: (Name and address of defendant)

Dale County Board of Education
113 Reynolds St.
Ozark, AL 36360

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey W. Bennitt
Jeffrey W. Bennitt & Associates, LLC.
121 Edenton St.
Birmingham, AL 35242

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

12/18/07

DATE

V. Austin

(BY) DEPUTY CLERK