IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____SOUTHERN DIVISION

MELISSA S. MEEKS,              )
                               )
                               )
        Plaintiff,             )
                               )
v.                             )    CASE NO.  1:07-cv-01088-CSC
                               )
DALE COUNTY BOARD OF EDUCATION,)
                               )
        Defendants,            )

## CONFLICT DISCLOSURE STATEMENT

   COMES NOW MELISSA S. MEEKS, a PLAINTIFF in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:


December 20, 2007

                                        /s/ Jeff Bennitt
                                        _____
                                        Jeffrey W. Bennitt ASB N51J
                                        BEN004

Jeff Bennitt & Associates
121 Edenton St.
Birmingham, Al   35238-3063
408-7240-W
213-8228-C
fax: (205) 408-9236  e-mail: Bennittlaw@aol.com

Case 1:07-cv-01088-MHT-CSC    Document 5    Filed 12/20/2007    Page 2 of 2