**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dale County Board of Education
113 Reynolds St.
Ozark, AL 36360

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Lisa Harden_     ☐ Agent     ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
Lisa Harden     12-19-07

D. Is delivery address different from item 1?     ☐ Yes     ☐ No
If YES, enter delivery address below:

07CV1088
S & C

3. Service Type
- ☑ Certified Mail     ☐ Express Mail
- ☐ Registered     ☐ Return Receipt for Merchandise
- ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service label)

7007 0220 0002 9859 8351

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540