**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 9, 2008

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Meeks v. Dale County Board of Education
Civil Action No. 1:07-cv-01088-MEF

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now 1:07-cv-01088-MHT.  This new case number should be used on all future correspondence and pleadings in this action.