IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MELISSA S. MEEKS (BAXLEY), )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     v.                       )<br>                              )<br>DALE COUNTY BOARD OF          )<br>EDUCATION,                    )<br>                              )<br>     Defendant.               ) | CIVIL ACTION NO.<br>1:07cv1088-MHT |

ORDER

It is ORDERED that the motion to dismiss (Doc. No. 9) is set for submission, without oral argument, on January 30, 2008, with all briefs due by said date.

DONE, this the 9th day of January, 2008.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE