IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MELISSA S. MEEKS (BAXLEY), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.: |
| | ) | 1:07 CV 1088 |
| DALE COUNTY BOARD | ) | |
| OF EDUCATION, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF CORPORATE DISCLOSURE**


\_\_\_\_\_The Plaintiff is an individual and has no corporate ties.


                                         Respectfully Submitted,


                                         \_/s/ Jeffrey W. Bennitt\_\_\_
                                         Jeffrey W. Bennitt, Esq.
                                         ASB 0774 N51J
                                         Attorney for the Plaintiff




**OF COUNSEL**

Jeffrey W. Bennitt & Associates, L.L.C.
121 Edenton St.
Birmingham, AL 35242
(205) 995-2200
Fax: (205) 408-9236
E-Mail: Bennittlaw@aol.com

## CERTIFICATE OF SERVICE

\_\_\_\_\_I hereby certify that a copy of the above and foregoing was served upon all counsel listed online by making use of the CM/ECF Electronic Filing system in place in the United States District Court Middle Alabama on this the 14th day of January, 2008.

                                              \_/s/ Jeffrey W. Bennitt\_\_\_
                                              OF COUNSEL