IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MELISSA S. MEEKS (BAXLEY), | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: |
| | ) 1:07-CV-1088-MHT |
| | ) |
| DALE COUNTY BOARD | ) |
| OF EDUCATION, | ) TRAIL BY JURY DEMANDED |
| | ) |
| Defendant. | ) |

## MOTION TO AMEND COMPLAINT

Comes now the plaintiff and hereby moves to amend her complaint by changing where it says 1981 to 1983 and to dismiss the claim against the school board under Title VII for punitive damages. Plaintiff reasserts its claims under Section 1983 for violations of her rights under the Fourteenth Amendment and all other claims in the complaint.

/s/ Jeffrey W. Bennitt
Jeffrey W. Bennitt
ASB 0774 N51J
BENOO4

Jeffrey W. Bennitt & Associates, LLC,
121 Edenton St.
Birmingham, Al   35242
e-mail: Bennittlaw@aol.com
408-7240–office
408-9236–fax
213-8228–cell

1

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of this motion was sent to Chad E. Stewart by making use of the electronic filing system in place in the Middle District of Alabama on this the 15th day of January, 2008

                                        /s/ Jeffrey W. Bennitt
                                        OF COUNSEL