IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MELISSA S. MEEKS (BAXLEY), )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>DALE COUNTY BOARD OF )<br>EDUCATION, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>1:07cv1088-MHT |

## ORDER

It is ORDERED as follows:

(1) Plaintiff's motion to amend complaint (Doc. No. 15) is granted.  The court assumes that the defendant has no objection to the allowance of the amendment; however, if it does, it must file the objection within seven days from the date of this order.

(2) Within seven days from the date of this order, plaintiff is to file the entire complaint as amended.  See M.D. Ala. L.R. 15.1 ("Any amendment to a pleading, whether filed as a matter of

course or upon a motion to amend, must, except by leave of court, reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference."

DONE, this the 15th day of January, 2008.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE