IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MELISSA S. MEEKS (BAXLEY), ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: 1:07 CV 1088-CSC |
| ) | |
| DALE COUNTY BOARD OF ) | |
| EDUCATION, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT DALE COUNTY BOARD OF EDUCATION'S
UNOPPOSED MOTION TO WITHDRAW ITS PARTIAL MOTION TO DISMISS**

COMES NOW the Dale County Board of Education (the "Board"), and respectfully requests to withdraw its Partial Motion to Dismiss (Doc. 9), as that Motion is now moot in light of Plaintiff's Amended Complaint (Doc. 17). Plaintiff's counsel does not oppose this motion.

Respectfully submitted,

/s/ Chad E. Stewart
CHAD E. STEWART (ASB 5004-T-74C)
**Counsel for Defendant Dale County Board of Education**

**OF COUNSEL:**

MARSH, COTTER & STEWART, LLP
P.O. Box 310910
Enterprise, Alabama 36331-0910
(334) 347-2626
(334) 393-1396 (fax)
ces@enterpriselawyers.com

## CERTIFICATE OF SERVICE

      I, Chad E. Stewart, hereby certify that on this the 16th day of January, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                /s/ Chad E. Stewart
                                OF COUNSEL