IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MELISSA S. MEEKS (BAXLEY), )<br>                                 )<br>   Plaintiff,          )<br>                                 )<br>   v.                       )<br>                                 )<br>DALE COUNTY BOARD OF    )<br>EDUCATION,                 )<br>                                 )<br>   Defendant.         ) | CIVIL ACTION NO.<br>1:07cv1088-MHT |

ORDER

It is ORDERED as follows:

(1) The motion to withdraw (Doc. No. 19) is granted.

(2) The motion to dismiss (Doc. No. 9) is withdrawn.

DONE, this the 18th day of January, 2008.

                                /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE