IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **MELISSA S. MEEKS (BAXLEY),**   )<br>   )<br>   Plaintiff,   )<br>   )<br>   v.   )<br>   )<br>**DALE COUNTY BOARD OF**   )<br>**EDUCATION,**   )<br>   )<br>   Defendant.   )  | CIVIL ACTION NO.<br>1:07cv1088-MHT |

## ORDER

It is ORDERED that the motion to amend complaint (Doc. No. 23) is granted. The court assumes that the defendant has no objection to the allowance of the amendment; however, if it does, it must file the objection within seven days from the date of this order.

DONE, this the 7th day of February, 2008.

   /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**