IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **MELISSA S. MEEKS (BAXLEY),** ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 1:07cv1088-MHT |
| ) | |
| **DALE COUNTY BOARD OF** ) | |
| **EDUCATION,** ) | |
| ) | |
|     Defendant. ) | |

ORDER

It is ORDERED that plaintiff's motion to amend (Doc. No. 28) is granted. The court assumes that the defendant has no objection to the allowance of the amendment; however, if it does, it must file the objection within seven days from the date of this order.

DONE, this the 13th day of February, 2008.

                              /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**