AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

__Middle__ DISTRICT OF __Alabama__

Melissa S. Meeks (Baxley)

v.

Dale County Board of Education

SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:07-CV-1088-MHT

TO: (Name and address of defendant)

Leavy Boutwell
C/o Dale County High School
P.O. Box 1140
Midland City, AL 36350

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey W. Bennitt & Associates, L.L.C.
121 Edenton St.
Birmingham, AL 35242

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

_signature_
(BY) DEPUTY CLERK

2/13/08

DATE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                          Signature of Server

                                        _____
                                        Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.