# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. Meeks

1. Article Addressed to:

Leavy Boutwell
C/o Dale County High School
P.O. Box 1140
Midland City, AL 36350

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery
_illegible_ | 2/18/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

07CV1088-MHT
St second amd
Cmp

RESTRICTED DELIVERY

3. Service Type
☑ Certified Mail ☐ Express Mail
☑ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0003 6840 7031

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540