IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MELISSA S. MEEKS (BAXLEY),** | * | |
| **Plaintiff,** | * | |
| v. | * | CASE NO: CV-07-BE-1447-M |
| **DALE COUNTY BOARD OF EDUCATION,** | * | |
| | * | |
| **Defendant** | | |
| | * | |

**DEFENDANT DALE COUNTY BOARD OF EDUCATION'S
PARTIAL MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**

Defendant Dale County Board of Education (the "Board"), hereby moves to partially dismiss with prejudice Plaintiffs' claims against it pursuant to Rules 12(b)(1) and 12(b)(6) Fed. R. Civ. P. Plaintiff purports to assert a claim of ratification of alleged Equal Protection Clause against the Board pursuant to 42 U.S.C. § 1983. (*See* Third Amended Complaint at ¶¶ 24-25). That purported claim is not viable as a matter of law and is due to be dismissed with prejudice. In support thereof, the Board shows unto the Court as follows:

1. A governmental entity, such as the Board, cannot be held vicariously liable under § 1983 for an employee's conduct. *Monell v. Department of Soc. Serv.*, 436 U.S. 658, 691 (1978). Accordingly, Plaintiff's § 1983 ratification claim is due to be dismissed with prejudice.

WHEREFORE, based on the foregoing, the Dale County Board of Education respectfully moves this Court to dismiss with prejudice Plaintiff's § 1983 ratification claim. The Board does not waive, but expressly reserves, its rights to seek dismissal of Plaintiff's entire complaint for other reasons as this litigation progresses.

Respectfully submitted,

/s/ Chad E. Stewart
CHAD E. STEWART (ASB 5004-T-74C)
**Counsel for Defendant Dale County Board of Education**

**OF COUNSEL:**

MARSH, COTTER & STEWART, LLP
P.O. Box 310910
Enterprise, Alabama 36331-0910
(334) 347-2626
(334) 393-1396 (fax)
ces@enterpriselawyers.com

## CERTIFICATE OF SERVICE

I, Chad E. Stewart, hereby certify that on this the 29th day of February, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Chad E. Stewart
OF COUNSEL