IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


MELISSA S. MEEKS (BAXLEY),  )
                            )
        Plaintiff,          )
                            )      CIVIL ACTION NO.
        v.                  )      1:07cv1088-MHT
                            )
DALE COUNTY BOARD OF        )
EDUCATION,                  )
                            )
        Defendant.          )

ORDER

It is ORDERED that the motion to dismiss (Doc. No. 34) is set for submission, without oral argument, on April 1, 2008, with all briefs due by said date.

DONE, this the 5th day of March, 2008.


        /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE