**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Meeks v. Dale County Board of Education

**Case Number:** 1:07-cv-01088-MHT

**Referenced Pleading:** First MOTION to Dismiss DISPARATE TREATMENT CLAIM - Doc. 39

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MELISSA S. MEEKS (BAXLEY),** | * | |
| **Plaintiff,** | * | |
| v. | * | CASE NO: CV-07-1088-MHT |
| **DALE COUNTY BOARD OF EDUCATION,** | * | |
| | * | |
| **Defendant** | | |
| | * | |

**DEFENDANT LEAVY BOUTWELL'S
MOTION TO PARTIALLY DISMISS
PLAINTIFF'S THIRD AMENDED COMPLAINT**

COMES NOW Defendant Leavy Boutwell ("Mr. Boutwell"), pursuant to Rule 12(b)(6) Fed. R. Civ. P., and respectfully moves to partially dismiss with prejudice Plaintiff's claims against him. In the last count of her complaint, Plaintiff purports to assert a gender-based claim of disparate treatment under the Equal Protection Clause against Mr. Boutwell in his individual capacity, pursuant to 42 U.S.C. § 1983. (*See* Third Amended Complaint at ¶¶ 24-25). However, that purported claim consists of nothing more than conclusory allegations, with no specificity as to date, time, place, context, adverse employment action, or similarly situated comparator, among other deficiencies. Accordingly, Plaintiff's shotgun pleadings do not satisfy the heightened pleading requirement, which is the law of this circuit when § 1983 claims are asserted against government officials in their individual capacities. *Dalrymple v. Reno,* 334 F.3d 991, 996 (11th Cir. 2003); *Swann v. S. Health Partners, Inc.,* 388 F.3d 834 (11th Cir.2004). As such, Plaintiff's purported claim for gender-based disparate treatment is not viable as a matter of law and is due to be dismissed with prejudice.

WHEREFORE, Mr. Boutwell respectfully moves this Court to dismiss with prejudice Plaintiff's § 1983 claim against him. Mr. Boutwell does not waive, but expressly reserves, his rights to seek dismissal of Plaintiff's entire complaint for other reasons as this litigation progresses.

Respectfully submitted,

/s/ Chad E. Stewart
CHAD E. STEWART (ASB 5004-T-74C)
**Counsel for Defendant Dale County Board of Education**

**OF COUNSEL:**

MARSH, COTTER & STEWART, LLP
P.O. Box 310910
Enterprise, Alabama 36331-0910
(334) 347-2626
(334) 393-1396 (fax)
ces@enterpriselawyers.com

**CERTIFICATE OF SERVICE**

I, Chad E. Stewart, hereby certify that on this the 26th day of March, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Chad E. Stewart
OF COUNSEL