IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MELISSA S. MEEKS (BAXLEY), ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:07cv1088-MHT |
| ) | |
| DALE COUNTY BOARD OF ) | |
| EDUCATION and LEAVY ) | |
| BOUTWELL, ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that the motion to dismiss (Doc. No. 39) is set for submission, without oral argument, on April 11, 2008, with all briefs due by said date.

DONE, this the 27th day of March, 2008.

                      /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE