IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MELISSA S. MEEKS (BAXLEY), | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: |
| | ) 1:07-CV-1088-MHT |
| | ) |
| DALE COUNTY BOARD OF | ) |
| EDUCATION, LEAVY BOUTWELL, | )TRAIL BY JURY DEMANDED |
| INDIVIDUALLY, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S EVIDENTIARY SUBMISSION TO OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

COMES NOW, undersigned counsel of record for the Plaintiff and hereby submits his exhibits in support of Plaintiff's Opposition to Defendant's Motion to Dismiss and offers as follows:

1. February 23, 2007 investigation report of eye witness from Lamar Brooks regarding the buttocks incident.

2. Affidavit of Meeks regarding sex harassment episodes, including, para 16 detailing the buttocks incident.

_/s/ Jeffrey W. Bennitt_____
Jeffrey W. Bennitt
ASB 0774 N51J
BENOO4

Jeffrey W. Bennitt & Associates, LLC
121 Edenton St.
Birmingham, AL 35242
e-mail: Bennittlaw@aol.com
Office: (205) 408-7240
Cell: (205) 213-8228
Fax: (205) 408-9236

CERTIFICATE OF SERVICE

     I hereby certify that copy of the above and foregoing was served upon all counsel listed below by making use of the Electronic Filing system in place in the United States District Court for the Middle District of Alabama Southern Division on this the 7th day of April, 2008.

                Chad Stewart, Esq.
                P.O. Box 310910
            Enterprise, AL 36331-0910

                /s/ Jeffrey W. Bennitt___
                Jeffrey W. Bennitt

## Dale County Schools
## P. O. Box 113
## Ozark, AL 36360

February 23, 2007

Re:   Follow up to Melinda Meeks' Sexual Harassment Claim

Kandice Seay called me at approx. 4:30 p.m. on February 20, 2007. This was a follow up to our conservation on February 14, 2007. On February 14, 2007, Mrs. Seay had stated that she had no knowledge of the sexual harassment allegations made by Ms. Meeks.

During the call on February 20, 2007, Mrs. Seay stated that she did have knowledge about the allegation made against Mr. Boutwell by Ms. Meeks. Mrs. Seay stated that Ms. Meeks told her about the allegation on the last day that she was at Dale County High School. Mrs. Seay stated that Ms. Meeks did not like her response to the allegation and had not spoken to her since. Mrs. Seay stated she questioned why Ms. Meeks would make the allegation.

Mrs. Seay did state that on one occasion Mr. Boutwell slapped Ms. Meeks butt. Ms. Meeks did not say anything to Mr. Boutwell. That is all she has seen.

After discussing this new information with Rene' Wilkerson and Dan Talmadge, it was determined that this does not change out initial determination concerning the validity of the sexual harassment allegation.

*[signature: Lamar Brooks]*
Lamar Brooks

Leavy Boutwell, Principal of Dale County High School in Midland City, Alabama, committed the following acts that I consider to be evidence of sexual discrimination and/or sexual harassment while I was employed as a bookkeeper at Dale County High School.

1. Mr. Boutwell has repeatedly made comments about me having sex with him since I started working with him and these comments have continued until December 19, 2006.

2. Mr. Boutwell regularly said you look extremely nice and sexy this morning, as I would go into his office to tell him good morning.

3. Mr. Boutwell, at least every other day, at some point, touched me. He has touched my rear or hips, rubbed my shoulders and attempted to kiss me.

4. On many occasions Mr. Boutwell ask if we could "make love" since everyone else (referring to other teachers) was doing so.

5. On many occasions that Mr. Boutwell's wife, Ashli Boutwell, was out of town, he would let me know that she was out of town and ask if I would come over and let him treat me like a real women needs to be treated.

6. Many times Mr. Boutwell asked "Do you love me?"

7. On many occasions Mr. Boutwell would ask "Can I just please see them (referring to my breast)? My wife just doesn't have any."

8. Mr. Boutwell has repeatedly come out of the restroom and walked into my office, unzipped his pants and tucked his shirt into his pants.

9. One instance Mr. Boutwell cornered me in his office at the door when I was attempting to leave and tried to kiss me.

10. Mr. Boutwell has repeatedly tired to corner me in his office when I was fixing or showing him something on his computer. Asking if we could get together, if he could just see my breast, rubbing up against my rear or stroking my arms. On one occasion, he reached up with his fingers and tried to pull down the front of my blouse so that he could see my breasts.

11. On October 13, 2006 we were out for Fall Break but I came to make money boxes for the Straughn Football Game. Mr. Boutwell, asked me to come into his office. He closed his door pulled his shirt off under the premise of showing me where something had bit him on his chest. Then he grabbed my hand and put it on his chest, saying to me "how does it feel to touch a REAL MAN?"

12. On December 11, 2006 at our company Christmas Party Mr. Boutwell was sitting between Mrs. Bobbie Thompson and Mrs. Traci Paramore. He shared a dessert with both of these ladies and repeatedly kissed Mrs. Thompson on the cheek and hugged on her.

13. On more than one occasion Mr. Boutwell has asked me if I thought Mrs. Traci Paramore's breast were real. Stating "she wears those outfits so people will look at her breasts. Boy, I could show her a real man and would put it too her hard."

14. On December 19, 2006, Mr. Boutwell made the comment in the front office as we were leaving for Christmas Break that "he sure wish he could get a front hug instead of ALL these side hugs he was getting."

15. Repeatedly Mr. Boutwell made comments regarding getting front hugs instead of side hugs from teachers and staff.

16. On September 13, 2006 Mr. Boutwell brushed his hand against my rear on his way out to the bus line when I was standing in the front office.

STATE OF ALABAMA )
COUNTY )

My name is MELISSA MEEKS (BAXLEY)  I am over the age of nineteen years and have firsthand knowledge of the facts set forth.

The attached list of events is true and correct and this list contains the constant episodes of sexual harassment done to me by Leavy Boutwell which altered the atmosphere of my employment.

_____
AFFIANT

1/4/08
Date

SUBSCRIBED AND SWORN TO me
ON THIS THE 4th DAY OF Jan., 2008

_____
NOTARY PUBLIC - STATE AT LARGE
MY COMMISSION EXPIRES: 4/11/09