IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MELISSA S. MEEKS (BAXLEY), )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>DALE COUNTY BOARD OF )<br>EDUCATION and LEAVY )<br>BOUTWELL, )<br>)<br>  Defendants. ) | CIVIL ACTION NO.<br>1:07cv1088-MHT |

ORDER

It is ORDERED that the motion to amend (Doc. No. 45) is set for submission, without oral argument, on April 11, 2008, with all briefs due by said date.

DONE, this the 8th day of April, 2008.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE