IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MELISSA S. MEEKS (BAXLEY), )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>DALE COUNTY BOARD OF )<br>EDUCATION, )<br>LEAVY BOUTWELL, INDIVIDUALLY, )<br>)<br>Defendants. ) | CIVIL ACTION NO.:<br>1:07-CV-1088-MHT<br><br><br>TRAIL BY JURY demanded |

PLAINTIFF'S BRIEF IN RESPONSE TO COURT ORDER OF 4/8/08

Plaintiff has filed in response to defendant's motion to dismiss on the issue of whether or not the pleading is detailed enough for Section 1983, both an amendment adding those things requested by the defendant in their motion and also filing a motion in opposition to defendant's motion to dismiss.

Plaintiff requests that this Honorable Court to overrule defendant's motion to dismiss or, in the alternative, grant plaintiff's motion to amend.

/s/ Jeff Bennitt

_____
Jeffrey W. Bennitt ASB N51J
BENOO4

Jeff Bennitt & Associates, LLC,
121 Edenton St.
Birmingham, Al  35242   e-mail: Bennittlaw@aol.com
408-7240–office
408-9236–fax

213-8228–cell

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the to Chad E. Stewart by efiling on this date of the efile.

/s/ Jeff Bennitt

_____