IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MELISSA S. MEEKS (BAXLEY),** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:07 CV 1088-CSC |
| | ) |
| **DALE COUNTY BOARD OF EDUCATION,** | ) |
| | ) |
| **Defendant.** | ) |

### DEFENDANT LEAVY BOUTWELL'S
### MOTION TO WITHDRAW PARTIAL MOTION TO DISMISS

COMES NOW Defendant Leavy Boutwell ("Mr. Boutwell"), and, in the interests of judicial economy, requests to withdraw his Partial Motion to Dismiss (Doc. 39), in light of Plaintiff's "Motion To Amend Disparate Treatment Claim Against Leavy Boutwell" (Doc. 45), which Mr. Boutwell does not oppose, without waiving, but expressly reserving all defenses and rights to challenge Plaintiff's proposed Fourth Amended Complaint.

Respectfully submitted,

/s/ Chad E. Stewart
CHAD E. STEWART (ASB 5004-T-74C)
Counsel for Defendant Dale County Board of Education

**OF COUNSEL:**

MARSH, COTTER & STEWART, LLP
P.O. Box 310910
Enterprise, Alabama 36331-0910
(334) 347-2626
(334) 393-1396 (fax)
ces@enterpriselawyers.com

## **CERTIFICATE OF SERVICE**

      I, Chad E. Stewart, hereby certify that on this the 10th day of April, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                /s/ Chad E. Stewart
                                                OF COUNSEL