IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
MELISSA S. MEEKS (BAXLEY),  )
                            )
     Plaintiff,             )
                            )     CIVIL ACTION NO.
     v.                     )      1:07cv1088-MHT
                            )
DALE COUNTY BOARD OF        )
EDUCATION and LEAVY         )
BOUTWELL,                   )
                            )
     Defendants.            )
```

ORDER

It is ORDERED that the motion to amend (Doc. No. 45) is granted.

DONE, this the 11th day of April, 2008.

                      /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE