IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MELISSA S. MEEKS (BAXLEY), )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>DALE COUNTY BOARD OF )<br>EDUCATION and LEAVY )<br>BOUTWELL, )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>1:07cv1088-MHT |

ORDER

It is ORDERED as follows:

(1) The motion to withdraw (doc. no. 50) is granted.

(2) The motion to dismiss (doc. no. 39) is withdrawn.

DONE, this the 11th day of April, 2008.

                          /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE