IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MELISSA S. MEEKS (BAXLEY), )<br>　　　　　　　　　　　　　　 )<br>　　Plaintiff,　　　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>　　v.　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>DALE COUNTY BOARD OF　　　　 )<br>EDUCATION and LEAVY　　　　　)<br>BOUTWELL,　　　　　　　　　　)<br>　　　　　　　　　　　　　　 )<br>　　Defendants.　　　　　　　　) | CIVIL ACTION NO.<br>　1:07cv1088-MHT |

ORDER

It is ORDERED that the partial motion to dismiss (Doc. No. 34) is denied. The issues raised by the motion are better addressed on either summary judgment or at trial.

DONE, this the 16th day of April, 2008.

　　　　　　　　　　　　　　　　／s／ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE