IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MELISSA S. MEEKS (BAXLEY), )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>DALE COUNTY BOARD OF )<br>EDUCATION, et al, )<br>)<br>    Defendant. ) | CIVIL ACTION NO.:<br>1:07-CV-1088-MHT<br><br><br>TRAIL BY JURY DEMANDED |

**MOTION FOR PARTIAL DISMISSAL:  TERMINATION CLAIMS ONLY**

    Comes now the plaintiff and moves to dismiss just a portion of the plaintiff's claims.   Plaintiff moves to dismiss the "termination" aspect of her claims, which would act as a complete dismissal of her (1) "tangible job loss" sex harassment claim and (2) her retaliation claim, *leaving*, (1) her non-tangible hostile work environment claim against the Dale County Board of Education (sex harassment without a tangible job loss);  (2) her assault and battery claim(s); (3) her equal protection claim(s) under section 1983 (gender discrimination).

        Respectfully submitted,


        _/s/ Jeffrey W. Bennitt_____
        Jeffrey W. Bennitt
        ASB 0774 N51J
        BENOO4


Jeffrey W. Bennitt & Associates, LLC,
121 Edenton St.
Birmingham, AL   35242
e-mail: Bennittlaw@aol.com
(205) 408-7240–office
(205) 408-9236–fax
(205) 213-8228–cell


## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above was sent to Chad E. Stewart by making use of the electronic filing system in place in the United States District Court Middle District of Alabama Southern Division on this the 1st of May, 2008.

        Chad Stewart, Esq.
        P.O. Box 310910
        Enterprise, AL 36331-0910


        _/s/Jeffrey W. Bennitt___
        OF COUNSEL