IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
MELISSA S. MEEKS (BAXLEY),  )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )    1:07cv1088-MHT
                            )
DALE COUNTY BOARD OF        )
EDUCATION and LEAVY         )
BOUTWELL,                   )
                            )
    Defendants.             )
```

ORDER

It is ORDERED as follows:

(1) Plaintiff's motion for partial dismissal (Doc. No. 57) is granted.

(2) The "termination" claims (that is, the "tangible job lost" sexual harassment claim and the retaliation claim) are dismissed.

(3) The non-tangible hostile-work environment claim against defendant Dale County Board of Education, the assault-and-battery claims, and

the § 1983 gender-discrimination claims based on the equal protection clause shall remain.

The court assumes that the defendants have no objection to the allowance of this dismissal; but if they do, they must file the objection within seven days from the date of this order.

DONE, this the 2nd day of May, 2008.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE